**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-1253**

───────────

TERESA BROCK,

                                    Plaintiff - Appellant,

        versus

SINAI HOSPITAL; JOHN HOPKINS MEDICAL SYSTEM;
SUSAN VAN SHURA; SECRETARY OF HUMAN RESOURCES,

                                    Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-98-
4242-AMD)

───────────

Submitted:  July 6, 1999          Decided:  September 23, 1999

───────────

Before NIEMEYER, WILKINS, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Teresa Brock, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Teresa Brock appeals the district court's order denying relief on her complaint pursuant to 42 U.S.C. §§ 1983, 1985 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brock v. Sinai Hosp., No. CA-98-4242-AMD (D. Md. Jan. 20, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on January 19, 1999, the district court's records show it was entered on the docket sheet on January 20, 1999. Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider this date as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).